1  MCGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**
**Sep 18, 2020**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA 12  FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
| 13  2563 CHUCK YEAGER CIRCLE, SACRAMENTO, CA 95834 | 2:20-SW-0821-CKD |
| 14  2120 QUAIL RANCH COURT, ELVERTA, 15  CA 95626 | 2:20-SW-0822-CKD |
| 16  8549 BRISENBOURG WAY, ANTELOPE, CA 95843 | 2:20-SW-0823-CKD |
| 17  WHITE DODGE CHARGER, WITH 18  CALIFORNIA LICENSE PLATE 8JZZ121 AND VIN # 2C3CDXBG0FH840616 | 2:20-SW-0824-CKD |
| 19  2019 BLUE TESLA, WITH CALIFORNIA 20  LICENSE PLATE 8KPN085 AND VIN #5YJ3E1EA6KF306064 | 2:20-SW-0825-CKD |
| 21  2011 BLACK CADILLAC ESCALADE, 22  WITH CALIFORNIA LICENSE PLATE 7LET766 AND VIN # 1GYS3CEF8BR201233 | 2:20-SW-0826-CKD |
| 23  2003 BLACK INFINITY, WITH 24  CALIFORNIA LICENSE PLATE 5HGL992 AND VIN # JNKAY41E83M003481 | 2:20-SW-0827-CKD |
| 25  2001 BLACK CHEVY CAMARO, WITH 26  CALIFORNIA LICENSE PLATE 8DDN599 AND VIN # 2G1FP22G012125326 | 2:20-SW-0828-CKD |

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

| | |
|---|---|
| 1  2007 BLUE CHEVY TAHOE, WITH CALIFORNIA LICENSE PLATE 8DVW037 AND VIN # 1GNFK13057R358147 | 2:20-SW-0829-CKD |

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated:  9/18/2020

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS